**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| IN RE: | * | Case No. 18-31790 |
| | * | (Chapter 13) |
| JEFFREY A. ZAPFE | | |
| HEATHER J. ZAPFE | * | |
| | * | |
| | * | |
| | * | Judge Guy R. Humphrey |
| | * | |
| | * | |
| | | **MOTION TO VOLUNTARILY** |
| | | **DISMISS CASE** |
| | * | |
| | * | |
| | * | |
| | * | |
| Debtors. | * | |

*************************************************************************

    Now come the debtors herein, JEFFREY A. ZAPFE and HEATHER J. ZAPFE, by and through counsel, and hereby move the Court for an Order dismissing their Chapter 13 case for the reason that they are under extreme financial duress and cannot remain in the current Chapter 13 case without suffering irreparable economic harm.

    WHEREFORE, the debtors request the Court to dismiss their Chapter 13 case.


4/8/19                                           /s/ Thomas D. Berry
Date                                              Tho4as D. Berry (0032566)
                                                       Attorney for Debtors
                                                       4630 Salem Avenue
                                                       Dayton, Ohio 45416
                                                       (937) 278-9333
                                                       FAX937-278-9335
                                                       Email: 110968@msn.com

## **CERTIFICATE OF SERVICE**

The following parties were served by regular US Mail, postage prepaid on this 8th day of April, 2019:

All creditors and interested parties listed in the attached list of creditors.

All parties registered with the court to receive electronic notification through the Court's ECF system were served by electronic transmission on the 8th day of April, 2019 at the address registered with the Court.

                                                                                            /s/ Thomas D. Berry
                                                                                            Thomas D. Berry

.